**Local Bankruptcy Form 102.1, Statement**

## United States Bankruptcy Court
### District of Colorado

In re  **Jeremy James Corwin**                                      Case No.
                         Debtor(s)                                  Chapter   **7**

**Attorney Fee Disclosure Statement**

The undersigned as attorney for the debtor(s) herein makes the following statements pursuant to 11 U.S.C. § 329:

1. The total fee to be charged in this matter (not including filing fees) is $ **1,100.00** , of which $ **1,100.00** has been paid leaving a balance of $ **0.00** due.

2. The source of the compensation so paid or promised is   **Debtor(s)**   .

3. I have not shared or agreed to share such compensation with any person, other than the members or regular associates of my law firm except .

4. The particulars of such sharing or agreement to share are __.

5. I hereby apply for the award of the fees set forth herein.


Dated:  **June 16, 2009**                                  /s/ John Stehlik
                                                           **John Stehlik**
                                                           Signature of Attorney for Debtor(s)