CONTACT SALES

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Jeremy J Corwin, 2004 Newland, Edgewater, CO 80214 | | | | | ***-**-5626 | Single/Single | Fed-1/0/CO-1 |
| | | | | | Pay Period: 05/16/2009 - 05/31/2009 | | Pay Date: 05/28/2009 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 1,666.67 | 3,333.34 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -176.00 | -352.00 |
| Social Security Employee | -103.34 | -206.67 |
| Medicare Employee | -24.16 | -48.33 |
| CO - Withholding | -66.00 | -132.00 |
| | -369.50 | -739.00 |

| Net Pay | 1,297.17 | 2,594.34 |
|---|---|---|

CONTACT SALES COMPANY INC, 2550 W 2ND AVE, UNIT 100, DENVER, CO 80219 303-232-5515

PRODUCT DLT103  USE WITH 9379 ENVELOPE  MCBEE To Reorder: 1-800-662-2331 or www.mcbeeinc.com  PRINTED IN USA  A



CONTACT SALES

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Jeremy J Corwin, 2004 Newland, Edgewater, CO 80214 | | | | | ***-**-5628 | Single/Single | Fed-1/0/CO-1 |
| | | | | | Pay Period: 05/01/2009 - 05/15/2009 | | Pay Date: 05/14/2009 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 1,666.67 | 1,666.67 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -176.00 | -176.00 |
| Social Security Employee | -103.33 | -103.33 |
| Medicare Employee | -24.17 | -24.17 |
| CO - Withholding | -66.00 | -66.00 |
| | -369.50 | -369.50 |

| Net Pay | 1,297.17 | 1,297.17 |
|---|---|---|

CONTACT SALES COMPANY INC, 2550 W 2ND AVE, UNIT 100, DENVER, CO 80219 303-232-5515

PRODUCT DLT103   USE WITH 9379 ENVELOPE   MCBEE To Reorder: 1-800-662-2331 or www.mcbeeinc.com   PRINTED IN USA   A



4/29/2009

Jeremy J Corwin **1,274.17

One Thousand Two Hundred Seventy-Four and 17/100************************************************************

Jeremy J Corwin
2004 Newland
Edgewater, CO 80214

Pay Period: 04/16/2009 - 04/30/2009

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Jeremy J Corwin, 2004 Newland, Edgewater, CO 80214 | | | | | ***-**-5628 | Single/Single | Fed-1/0/CO-1/0 |
| | | | | | Pay Period: 04/16/2009 - 04/30/2009 | | Pay Date: 04/29/2009 |
| Earnings and Hours | Qty | Rate | Current | YTD Amount | | | |
| Salary | | | 1,666.67 | 13,333.36 | | | |
| Taxes | | | Current | YTD Amount | | | |
| Federal Withholding | | | -198.00 | -1,584.00 | | | |
| Social Security Employee | | | -103.34 | -826.67 | | | |
| Medicare Employee | | | -24.16 | -193.33 | | | |
| CO - Withholding | | | -67.00 | -536.00 | | | |
| | | | -392.50 | -3,140.00 | | | |
| Net Pay | | | 1,274.17 | 10,193.36 | | | |

Contact Sales 2005, 2550 W 2nd Ave, Unit 100, Denver, CO 80219-1631, 303-232-5515 Fax 303-232-5514 303-232-5515, CONTACT SALES COMPANY

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Jeremy J Corwin, 2004 Newland, Edgewater, CO 80214 | | | | | ***-**-5628 | Single/Single | Fed-1/0/CO-1/0 |
| | | | | | Pay Period: 04/16/2009 - 04/30/2009 | | Pay Date: 04/29/2009 |
| Earnings and Hours | Qty | Rate | Current | YTD Amount | | | |
| Salary | | | 1,666.67 | 13,333.36 | | | |
| Taxes | | | Current | YTD Amount | | | |
| Federal Withholding | | | -198.00 | -1,584.00 | | | |
| Social Security Employee | | | -103.34 | -826.67 | | | |
| Medicare Employee | | | -24.16 | -193.33 | | | |
| CO - Withholding | | | -67.00 | -536.00 | | | |
| | | | -392.50 | -3,140.00 | | | |
| Net Pay | | | 1,274.17 | 10,193.36 | | | |

Contact Sales 2005, 2550 W 2nd Ave, Unit 100, Denver, CO 80219-1631, 303-232-5515 Fax 303-232-5514 303-232-5515, CONTACT SALES COMPANY

4/14/2009

Jeremy J Corwin **1,274.17

One Thousand Two Hundred Seventy-Four and 17/100***************************************************

Jeremy J Corwin
2004 Newland
Edgewater, CO 80214

Pay Period: 04/01/2009 - 04/15/2009

| Employee | | | | | SSN |
|---|---|---|---|---|---|
| Jeremy J Corwin, 2004 Newland, Edgewater, CO 80214 | | | | | ***-**-5626 |
| | | | | | Pay Period: 04/01/2009 - 04/15/2009  Pay Date: 04/14/2009 |
| Earnings and Hours | Qty | Rate | Current | YTD Amount | |
| Salary | | | 1,666.67 | 11,666.69 | |
| Taxes | | | Current | YTD Amount | |
| Federal Withholding | | | -198.00 | -1,386.00 | |
| Social Security Employee | | | -103.33 | -723.33 | |
| Medicare Employee | | | -24.17 | -169.17 | |
| CO - Withholding | | | -67.00 | -469.00 | |
| | | | -392.50 | -2,747.50 | |
| Net Pay | | | 1,274.17 | 8,919.19 | |

Contact Sales 2005, 2550 W 2nd Ave, Unit 100, Denver, CO 80219-1631, 303-232-5515  Fax 303-232-5514 303-232-5515, CONTACT SALES COMPANY

| Employee | | | | | SSN |
|---|---|---|---|---|---|
| Jeremy J Corwin, 2004 Newland, Edgewater, CO 80214 | | | | | ***-**-5626 |
| | | | | | Pay Period: 04/01/2009 - 04/15/2009  Pay Date: 04/14/2009 |
| Earnings and Hours | Qty | Rate | Current | YTD Amount | |
| Salary | | | 1,666.67 | 11,666.69 | |
| Taxes | | | Current | YTD Amount | |
| Federal Withholding | | | -198.00 | -1,386.00 | |
| Social Security Employee | | | -103.33 | -723.33 | |
| Medicare Employee | | | -24.17 | -169.17 | |
| CO - Withholding | | | -67.00 | -469.00 | |
| | | | -392.50 | -2,747.50 | |
| Net Pay | | | 1,274.17 | 8,919.19 | |

Contact Sales 2005, 2550 W 2nd Ave, Unit 100, Denver, CO 80219-1631, 303-232-5515  Fax 303-232-5514 303-232-5515, CONTACT SALES COMPANY

3/30/2009

Jeremy J Corwin **1,274.17

One Thousand Two Hundred Seventy-Four and 17/100***************************************************

Jeremy J Corwin
2004 Newland
Edgewater, CO 80214

Pay Period: 03/16/2009 - 03/31/2009

| Employee | | | | | SSN | |
|---|---|---|---|---|---|---|
| Jeremy J Corwin, 2004 Newland, Edgewater, CO 80214 | | | | | ***-**-5628 | |
| | | | | | Pay Period: 03/16/2009 - 03/31/2009 | Pay Date: 03/30/2009 |
| Earnings and Hours | Qty | Rate | Current | YTD Amount | | |
| Salary | | | 1,666.67 | 10,000.02 | | |
| Taxes | | | Current | YTD Amount | | |
| Federal Withholding | | | -198.00 | -1,188.00 | | |
| Social Security Employee | | | -103.33 | -620.00 | | |
| Medicare Employee | | | -24.17 | -145.00 | | |
| CO - Withholding | | | -67.00 | -402.00 | | |
| | | | -392.50 | -2,355.00 | | |
| Net Pay | | | 1,274.17 | 7,645.02 | | |

Contact Sales 2005, 2550 W 2nd Ave, Unit 100, Denver, CO 80219-1631, 303-232-5515 Fax 303-232-5514 303-232-5515, CONTACT SALES COMPANY

| Employee | | | | | SSN | |
|---|---|---|---|---|---|---|
| Jeremy J Corwin, 2004 Newland, Edgewater, CO 80214 | | | | | ***-**-5628 | |
| | | | | | Pay Period: 03/16/2009 - 03/31/2009 | Pay Date: 03/30/2009 |
| Earnings and Hours | Qty | Rate | Current | YTD Amount | | |
| Salary | | | 1,666.67 | 10,000.02 | | |
| Taxes | | | Current | YTD Amount | | |
| Federal Withholding | | | -198.00 | -1,188.00 | | |
| Social Security Employee | | | -103.33 | -620.00 | | |
| Medicare Employee | | | -24.17 | -145.00 | | |
| CO - Withholding | | | -67.00 | -402.00 | | |
| | | | -392.50 | -2,355.00 | | |
| Net Pay | | | 1,274.17 | 7,645.02 | | |

Contact Sales 2005, 2550 W 2nd Ave, Unit 100, Denver, CO 80219-1631, 303-232-5515 Fax 303-232-5514 303-232-5515, CONTACT SALES COMPANY

3/13/2009

Jeremy J Corwin **1,274.17

One Thousand Two Hundred Seventy-Four and 17/100***************************************************

Jeremy J Corwin
2004 Newland
Edgewater, CO 80214

Pay Period: 03/01/2009 - 03/15/2009

| Employee | | | | | SSN | | |
|---|---|---|---|---|---|---|---|
| Jeremy J Corwin, 2004 Newland, Edgewater, CO 80214 | | | | | ***-**-5828 | | |
| | | | | | Pay Period: 03/01/2009 - 03/15/2009 | | Pay Date: 03/13/2009 |
| Earnings and Hours | Qty | Rate | Current | YTD Amount | | | |
| Salary | | | 1,666.67 | 8,333.35 | | | |
| Taxes | | | Current | YTD Amount | | | |
| Federal Withholding | | | -198.00 | -990.00 | | | |
| Social Security Employee | | | -103.34 | -516.67 | | | |
| Medicare Employee | | | -24.16 | -120.83 | | | |
| CO - Withholding | | | -67.00 | -335.00 | | | |
| | | | -392.50 | -1,962.50 | | | |
| Net Pay | | | 1,274.17 | 6,370.85 | | | |

Contact Sales 2005, 2550 W 2nd Ave, Unit 100, Denver, CO 80219-1631, 303-232-5515   Fax 303-232-5514 303-232-5515, CONTACT SALES COMPANY

| Employee | | | | | SSN | | |
|---|---|---|---|---|---|---|---|
| Jeremy J Corwin, 2004 Newland, Edgewater, CO 80214 | | | | | ***-**-5828 | | |
| | | | | | Pay Period: 03/01/2009 - 03/15/2009 | | Pay Date: 03/13/2009 |
| Earnings and Hours | Qty | Rate | Current | YTD Amount | | | |
| Salary | | | 1,666.67 | 8,333.35 | | | |
| Taxes | | | Current | YTD Amount | | | |
| Federal Withholding | | | -198.00 | -990.00 | | | |
| Social Security Employee | | | -103.34 | -516.67 | | | |
| Medicare Employee | | | -24.16 | -120.83 | | | |
| CO - Withholding | | | -67.00 | -335.00 | | | |
| | | | -392.50 | -1,962.50 | | | |
| Net Pay | | | 1,274.17 | 6,370.85 | | | |

Contact Sales 2005, 2550 W 2nd Ave, Unit 100, Denver, CO 80219-1631, 303-232-5515   Fax 303-232-5514 303-232-5515, CONTACT SALES COMPANY

2/27/2009

Jeremy J Corwin **1,274.17

One Thousand Two Hundred Seventy-Four and 17/100**************************************************************

Jeremy J Corwin
2004 Newland
Edgewater, CO 80214

Pay Period: 02/16/2009 - 02/28/2009

| Employee | | | | | SSN | |
|---|---|---|---|---|---|---|
| Jeremy J Corwin, 2004 Newland, Edgewater, CO 80214 | | | | | ***-**-5628 | |
| | | | | | Pay Period: 02/16/2009 - 02/28/2009 | Pay Date: 02/27/2009 |
| Earnings and Hours | Qty | Rate | Current | YTD Amount | | |
| Salary | | | 1,666.67 | 6,666.68 | | |
| Taxes | | | Current | YTD Amount | | |
| Federal Withholding | | | -196.00 | -792.00 | | |
| Social Security Employee | | | -103.33 | -413.33 | | |
| Medicare Employee | | | -24.17 | -96.67 | | |
| CO - Withholding | | | -67.00 | -268.00 | | |
| | | | -392.50 | -1,570.00 | | |
| Net Pay | | | 1,274.17 | 5,096.68 | | |

Contact Sales 2005, 2550 W 2nd Ave, Unit 100, Denver, CO 80219-1631, 303-232-5515 Fax 303-232-5514 303-232-5515, CONTACT SALES COMPANY

| Employee | | | | | SSN | |
|---|---|---|---|---|---|---|
| Jeremy J Corwin, 2004 Newland, Edgewater, CO 80214 | | | | | ***-**-5628 | |
| | | | | | Pay Period: 02/16/2009 - 02/28/2009 | Pay Date: 02/27/2009 |
| Earnings and Hours | Qty | Rate | Current | YTD Amount | | |
| Salary | | | 1,666.67 | 6,666.68 | | |
| Taxes | | | Current | YTD Amount | | |
| Federal Withholding | | | -196.00 | -792.00 | | |
| Social Security Employee | | | -103.33 | -413.33 | | |
| Medicare Employee | | | -24.17 | -96.67 | | |
| CO - Withholding | | | -67.00 | -268.00 | | |
| | | | -392.50 | -1,570.00 | | |
| Net Pay | | | 1,274.17 | 5,096.68 | | |

Contact Sales 2005, 2550 W 2nd Ave, Unit 100, Denver, CO 80219-1631, 303-232-5515 Fax 303-232-5514 303-232-5515, CONTACT SALES COMPANY