UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re: Jeremy James Corwin
      Debtor(s)

Case No.: 09-21749
Chapter: 7

### Notice of Deficiency

This Notice refers to the following document filed with the court on : 6/16/2009
By : Bill Myers
- Voluntary Petition and/or Voluntary Petition Official Form 1 dated (01/08)

This Notice refers to the following missing documents which were NOT filed with the court and your case will be dismissed if you do not file the missing document(s):

- Credit Counseling Certification (all individual debtors) and debt repayment plan (if any debt repayment plan is/was prepared related to that counseling) (Certificate must show counseling was done within 180 days before case was filed)

NOTICE IS HEREBY GIVEN that the Court cannot, or may not be able to administer your case effectively because of the missing document(s). If you do not timely file the missing documents, this case will be dismissed. (Pursuant to Local Bankruptcy Rule 505(a)(3), the United States Trustee's Standing Motion to Dismiss Deficient Case now applies to this deficient case. The rules and statutes that explain the document filing requirements and support dismissal when those requirements are not met are found in: (a) Interim Bankruptcy Rule 1007, (b) Transitional Local Bankruptcy Rule 1007-1, (c) Local Bankruptcy Rule 505(a)(3) and/or (d) 11 U.S.C. § 521. Under this Notice, your case may be dismissed no sooner than in fifteen days from the date that you filed the case pursuant to 11 U.S.C. §§ 707(a)(3), 1112(b), 1208(c) or 1307(c), as applicable, without any additional notice or a hearing. Moreover, the failure to timely file the missing documents will result in the dismissal of the case pursuant to 11 U.S.C. § 521.)*

DEFICIENCY CURE DATE: 7/1/2009

FOR THE COURT:
Bradford L. Bolton, Clerk

s/ J. Spresser_____
        Deputy Clerk

Dated__6/17/2009_____

UNLESS FILING ELECTRONICALLY, PLEASE INCLUDE THIS LETTER WITH THE CURE TO THE DEFICIENCY

YOU ARE OBLIGATED TO INFORM THE COURT OF ANY CHANGES IN YOUR ADDRESS UNTIL THE CASE IS CLOSED.

ALL BANKRUPTCY FORMS REFERENCED ON THIS NOTICE ARE AVAILABLE FROM LINKS ON THE COURT'S WEB PAGE AT WWW.COB.USCOURTS.GOV

*If your case was filed electronically by an attorney, the attorney already has received this deficiency notice.