Certificate Number: 00437-CO-DE-007812727

Bankruptcy Case Number: 09-21749

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on July 27, 2009, at 12:06 o'clock PM MDT,

Jeremy J. Corwin completed a course on personal financial

management given by internet by

Black Hills Children's Ranch, Inc.,

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning

personal financial management in the District of Colorado.

Date: July 27, 2009        By     /s/Kate Pierrce

                           Name   Kate Pierrce

                           Title  Credit Counselor