FORM 240A – Reaffirmation Agreement
(1/07)

☐ Presumption of Undue Hardship
☐ No presumption of Undue Hardship
(Check box as directed in Part D: Debtor's Statement in Support of Reaffirmation Agreement.)

**United States Bankruptcy Court**
<u>District of Colorado</u>

In re <u>Jeremy Corwin</u> ,                    Case No. <u>09-21749</u>
        Debtor                                Chapter  <u>7</u>

**<u>REAFFIRMATION AGREEMENT</u>**

*[Indicate all documents included in this filing by checking each applicable box.]*

☒ Part A:  Disclosures, Instructions, and Notice to Debtor (Pages 1-5)
☒ Part B:  Reaffirmation Agreement
☒ Part C:  Certification by Debtor's Attorney
☒ Part D:  Debtor's Statement in Support of Reaffirmation Agreement
☒ Part E:  Motion for Court Approval

**Name of Creditor:** <u>Snap-on Credit LLC Account Number XXXXX8471</u>

☐ *[Check this box if]* Creditor is a Credit Union as defined in §19(b)(1)(a)(iv) of the Federal Reserve Act

*[**Note**: Complete Part E only if the debtor was not represented by an attorney during the course of negotiating this agreement.  **Note also**: If you complete Part E, you must prepare and file Form 240B – Order on Reaffirmation Agreement]*

**PART A: DISCLOSURE STATEMENT, INSTRUCTIONS AND NOTICE TO DEBTOR**

   **1. DISCLOSURE STATEMENT**

*Before Agreeing to Reaffirm a Debt, Review These Important Disclosures:*

**SUMMARY OF REAFFIRMATION AGREEMENT**

This summary is made pursuant to the requirements of the Bankruptcy Code.

**<u>AMOUNT REAFFIRMED</u>**

   a.  The amount of debt you have agreed to reaffirm:         <u>$2,257.72</u>

   *The amount of debt you have agreed to reaffirm includes all fees and costs (if any) that have accrued as of the date of this disclosure.  Your credit agreement may obligate you to pay additional amounts which may come due after the date of this disclosure.  Consult your credit agreement.*