(COB ntc_doc_strick, #213 New) (04/09)

# United States Bankruptcy Court
## District of Colorado

In re: Jeremy James Corwin  
     Debtor(s)

Case No. **09–21749–HRT**

## CLERK'S NOTICE OF DEFICIENT DOCUMENT

An Electronic Notice of Deficient Filing, Error or Defect was issued on 8/24/2009 to Snap–On Credit LLC regarding document number 13 on the docket sheet.

Notice is given that the errors noted on the docket must be corrected by the close of the third court day following the transmittal of the Electronic Notice.

Error to be Corrected: The wrong PDF is attached.

E–Filer Shall: Email the QA department the correct PDF and ask that it replace the incorrect PDF. (QA's email address: cob_QA@cob.uscourts.gov)

If those errors are not timely corrected, the electronic document will be deemed stricken and, absent order of the Court, no further action will be taken on the document (This notice was sent electronically to the filer when issued; if you receive this in paper form, the matter may already be resolved.)

*Dated:* 8/25/09

BRADFORD L. BOLTON, Clerk

By: s/ Sheila Hoelscher  
Deputy Clerk  
United States Bankruptcy Court  
U.S. Custom House  
721 Nineteenth Street  
Denver, CO 80202–2508